# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| Caroline Smith Cersosimo, | Case No. 2:10-cv-293-JD-APR |
| Plaintiff, | |
| v. | |
| Allied Interstate, Inc., | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and pursuant to Fed. R. 41(a)(1)(A)(i) hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.


RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: /s/ Timothy J. Sostrin
    Timothy J. Sostrin
    233 S. Wacker, Suite 5150
    Chicago, IL 60606
    Telephone:  866-339-1156
    Email:  tjs@legalhelpers.com
    Attorneys for Plaintiff

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 2, 2010, I served Defendant with the foregoing Notice by depositing a copy of the same in the U.S. mail addressed as follows:

Matthew Johnson, Esq.
Vice President, Legal
iQor US, Inc.
335 Madison Ave.
27th Floor
New York, NY 10017

      /s/ Timothy J. Sostrin

2